UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 14 AM 11:35

08 MJ 2518

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Jose AYALA-Hernandez,<br><br>    Defendant | Magistrate Docket No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **August 13, 2008** within the Southern District of California, defendant, **Jose AYALA-Hernandez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **AUGUST, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

8/12/08

CONTINUATION OF COMPLAINT:
Jose AYALA-Hernandez

## PROBABLE CAUSE STATEMENT

On August 13, 2008 Senior Patrol Agent J. Rasmussen of the El Cajon Border Patrol Station was performing line watch duties in Tecate, California. At approximately 1:00 P.M. Agent Rasmussen responded to a seismic sensor activation Northeast of the Tecate, California Port of Entry.

Upon arriving in the area Agent Rasmussen found several sets of footprints on a road. Agent Rasmussen followed the footprints and encountered five individuals attempting to hide in some thick brush. Agent Rasmussen identified himself as a Border Patrol Agent and questioned the individuals as to their immigration status. All five individuals including later identified as the defendant **Jose AYALA-Hernandez**, admitted to being citizens and nationals of Mexico illegally present in the United States. At 1:30 P.M. Agent Rasmussen placed all five under arrest and transported them to the Tecate Processing facility for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **June 25, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his rights as per the Miranda Warning. The defendant understood his rights and agreed to be interviewed without representation. The defendant admitted that he has no documents allowing him to enter the United States and entered the United States illegally to seek employment in Los Angeles, California.